MHK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JOHN WOODARD )   case no. 08612312
Claimant )
) **COMPLAINT FOR DAMAGES**
) **AND EQUITABLE RELIEF**
v. ) 1. Fraud
) 2. Extortion
) 3. Perjury
)
BANK OF NEW YORK ) 08CV3889
Respondent ) JUDGE ST.EVE
) MAG. JUDGE COLE

RECEIVED Jul 9, 2008
JUL - 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Ammended **COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

NOW COMES, Claimant John Woodard pursuant to rules (13) A,D & G of the Federal Rules Of Civil Procedure, moves that the court adhere to the law and hold the Plaintiffs accountable for the following list of crimes committed with assumed jurisdiction, and award the accompanying fines of 500,000 dollars per infraction in negotiable currency of the United States of America, for each felony perpetrated and 200,000 dollars for each misdemeanor, but no more than 1,000,000, pursuant to title 18 U.S.C. part 1, chapter 47 section 1005(c) (3),(c)(5).

Now States the Claimant,

THE BANK OF NEW YORK ON TWO SEPARATE INSTANCES ATTEMPTED TO FORECLOSE ON THE HOUSE OF JOHN WOODARD, WITHOUT BEING THE HOLDER OF THE NOTE, MORTGAGE OR CHAIN OF ASSIGNMENT. THE BANK OF NEW YORK FRAUDENTLY ATTEMPTED TO FOOL THE COURT ON SEVERAL DIFFERENT OCCASIONS BEFORE THEY PRODUCED DOCUMENTATION THAT STATED THEY NEVER HAD THE NOTE IN QUESTION, AND THEIR CLAIM WAS DISMISSED, TWICE.

1. Respondent committed 2 counts of Perjury pursuant to 18 U.S.C. 1962(a)(2). By stating they held the note, in the motions to foreclose, that were presented to the court.

2. Respondent committed 2 counts of extortion pursuant to 18 U.S.C., when plaintiff was told to pay for his and personal property, or his property would be taken and sold by the sheriff.

3. Respondent committed 2 counts of Fraud pursuant to 18 U.S.C., by knowingly attempting to fool the plaintiff and the court.

4. John Woodard is a United States National on file at the Cook County Recorder of Deeds, freeing him from local jurisdiction.

(c) "The claim and exercise of a Constitutional right cannot be converted into a crime" Miller v. U. S. 230 F 2nd 486,489.

(d) "Where rights are secured by the Constitution are involved, there can be no rule-making or legislation which would abrogate them." Miranda v. Arizona 384 US. 436,125.

5. A corporate entity whether it be a city or US Government, cannot testify as an injured party. As an individual one can speak for a corporation, but cannot be an injured party- as a living person of record. -In Propria Persona.-

7. Penhollow v. Doane's Administrators, states that, "All corporations are subject to men." This includes the Cook County and all its departments.

Wherefore the claimant respectfully moves the court to uphold all federal fines for all crimes committed by the respondent, and award the claimant actual compensation with treble damages as well as compensation for the pain and suffering for the claimant.

John woodard
7817 Maryland Ave.
chicago, il. 60619
773-305-6774

*/s/ John Woodard*