MHN

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: John Jordan
(Please print)

STREET ADDRESS: 7317 Maryland Av

CITY/STATE/ZIP: Chicago, IL 60619

PHONE NUMBER: (773) 783-9221

CASE NUMBER: 08CV3889 JUDGE ST. EVE MAG. JUDGE COLE

Signature    Date 7/9/08

FILED
Jul 9, 2008
JUL - 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT