## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3889 | **DATE** | 7/15/2008 |
| **CASE TITLE** | Woodard vs. Bank of New York | | |

**DOCKET ENTRY TEXT**

Pro se Plaintiff John Woodard filed the present "Amended" Complaint against the Bank of New York and has also filed a motion to proceed in forma pauperis. Because Woodard's "Amended" Complaint is virtually identical to his Complaint in Woodard v. Bank of New York, 08 C 2812, which Judge Gottschall denied without prejudice, the Court denies his motion to proceed in forma pauperis [4] and dismiss his "Amended" Complaint in front of this Court with prejudice. The Court directs Woodard to file his "Amended" Complaint in case number 08 C 2812 before Judge Gottschall.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KF |
|---|---|---|